IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:09cv405

| | |
|---|---|
| SYDNEY ALLEN COGGINS,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) **AMENDED JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

For the reasons set forth in the Order filed herewith,

**IT IS, THEREFORE, ORDERED** that the Magistrate Judge's Memorandum & Recommendation is **ACCEPTED;** Plaintiff's Motion for Summary Judgment is **GRANTED;** the Defendant's Motion for Summary Judgment is **DENIED**; and the Commissioner's decision is hereby **VACATED and this matter REMANDED to the Commissioner of Social Security.**

Signed: March 23, 2011

Martin Reidinger
United States District Judge